[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

FILED
JUL 01 2020 AC
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Plaintiff Ronnie, D, Nelson

v.

City of Chicago

Defendant et al.

Case Number: 1:19-cv-02723

Judge: Honorable John J. Tharp Jr.

Magistrate Judge:

## STATUS REPORT

A. Nature of Case

1. The attorney on previous record was Edward Fox, Esq of whom withdrew from the case due to personal issues. Plantiff Ronnie .D, Nelson is currently representing himself; however Plantiff Ronnie .D, Nelson has a meeting with a law firm on Monday, July 6th, 2020 that may be interested in representing him on this case. Due to the pandemic and stay at home order it has been rather difficult to meet with attorneys to speak about the case, as one can imagine.

2. Plantiff Ronnie ,D, Nelson has submitted a motion for attorney representation to help with the court proceedings.

3. Plantiff Ronnie .D, Nelson has not been contacted or has been depositioned by defendents named in court case.

B. Proceedings to Date

1. There have been no subtantive rulings.
2. Depositions were scheduled for Plantiff but postponed.
3. Covid-19 pandemic has post-poned court proceedings & has made it difficult to obtain representation

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

C. Discovery and Case Plan

1. There has been an exchange of discovery
2. There is an anticipation that discovery will include electronically stored information
3. Depositions are in need to be scheduled
4. There has not been a newly proposed scheduling order.
5. The Plantiff has ~~requested~~ requested a Jury
6. A trial is estimated to take 2-3 days

D. Settlement

There have been no settlement discussion to date.

S/Ronnie ,D, Nelson

R ,D, N
Ronnie ,D, Nelson, Pro Se
9754 ,S, King Drive
Chgo, IL, 60628

07-01-2020